AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Herbert Demond York,<br>*Plaintiff*<br>v.<br><br>Warden Terry Wallace *Warden in his individual and official capacity*; A/W Kim Jones *Asist Warden in her individual capacity*; Mr. Goodson *Mental Health Counselor in his individual capacity*; L.T. Y Lewis *in his/her individual capacity*; L.T. Homes *in his/her individual capacity*; Capt Martin *in his/her individual capacity,*<br>*Defendants* | )<br>)<br>)<br>)<br>)   Civil Action No.   1:20-cv-02180-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Herbert Demond York, shall take nothing of the defendants, Warden Terry Wallace *Warden in his individual and official capacity*, A/W Kim Jones *Asist Warden in her individual capacity*, Mr. Goodson *Mental Health Counselor in his individual capacity*, L.T. Y Lewis *in his/her individual capacity*, L.T. Homes *in his/her individual capacity* and Capt Martin *in his/her individual capacity* and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   August 17, 2020                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                      s/L. Baker
                                                              _____
                                                                *Signature of Clerk or Deputy Clerk*